UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT L. TURNER, JR.,<br><br>Defendant. | CASE NO. CR01-30 RSM<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on June 19, 2006. The United States was represented by Sue Harrison. The defendant was represented by Tim Lohraff. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Bank Larceny and Aiding and Abetting on or about April 12, 2001. The Hon. Ricardo S. Martinez of this court sentenced Defendant to 48 months of probation..

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

USPO Jerome Walker alleged that Defendant violated the conditions of supervised release

PROPOSED FINDINGS
PAGE -1-

in two (2) respects:

(1) Failing to submit a written report to the U.S. Probation Office within the first five (5) days of June, 2001, in violation of standard condition No. 2; and

(2) Failing to notify the probation officer ten (10) days prior to any change of residence or employment, in violation of standard condition No. 6.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted the violations #1 and #2, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before the Hon. Monica J. Benton.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 21st day of June, 2006.

_____
Monica J. Benton
U.S. Magistrate Judge

cc:  Sentencing Judge         :   Hon. Ricardo S. Martinez
     Assistant U.S. Attorney  :   Sue Harrison
     Defense Attorney         :   Tim Lohraff
     U. S. Probation Officer  :   Jerome Walker

PROPOSED FINDINGS
PAGE -2-